UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL THOMAS,

            Plaintiff,

    v.

WAYNE ULIT,

            Defendant.

Case No.: 1:24-cv-00509-CDB (PC)

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS

(Doc. 15)

**60-DAY DEADLINE**

Plaintiff Michael Thomas is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**Background**

On April 29, 2024, Plaintiff initiated this action with the filing of a complaint. (Doc. 1). On February 11, 2025, the Court issued its first screening order, finding that Plaintiff failed to allege any cognizable claim against Defendant Wayne Ulit and granting leave to amend. *See* (Doc. 6). Plaintiff filed his first amended complaint on March 28, 2025. (Doc. 10). On January 14, 2026, the undersigned issued findings and recommendations to dismiss Plaintiff's first amended complaint with prejudice for failure to state a claim upon which relief can be granted. (Doc. 14).

Pending before the Court is Plaintiff's request for an extension of time to file objections to the findings and recommendations. (Doc. 15).

///

Briefly stated, Plaintiff asks for additional time due to his awaiting imminent transfer to another facility. He states that he was sentenced to 262 months in federal prison on November 3, 2025, and he will be transferred through "multiple facilities before ultimately reaching a permanent location." *Id.* at 1. He represents that, upon each transfer, he will not be permitted to bring any of his property, including his legal materials, and that he currently does not possess any of his legal materials, making it "impossible for Plaintiff to effectively litigate his case." He describes numerous prior transfers and provides that, for each one, his property and paperwork was "either left behind, trashed, or 'lost.'" He states that he anticipates the same going forward and that officials at his current facility have confirmed that the United States Marshals Service will not transport his legal materials on the plane during his pending transfers and, even if said materials are transported, he will not have access to them until he reaches his final destination. He states that he currently does not possess a copy of his first amended complaint and that he cannot receive mail during the transit period. *Id.* at 2. He, therefore, requests a stay or an extension of time to file objections and anticipates being housed at a permanent facility in 60 to 90 days and will promptly update his address upon arrival at each facility. *Id.* at 2-3.

For good cause appearing, the Court will grant Plaintiff's request for an extension of time to file objections to the findings and recommendations.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time within which to file objections to the findings and recommendations (Doc. 15) is GRANTED.

2. Plaintiff SHALL file **within 60 days** of entry of this order either:

   a. Objections to the findings and recommendations (Doc. 14);

   *or*

///

///

///

///

2

b.  A report informing the Court as to his status regarding transfers, whether he seeks any additional extension, and the factors establishing good cause therefor.

IT IS SO ORDERED.

Dated:   **February 5, 2026**

_____
UNITED STATES MAGISTRATE JUDGE