UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL THOMAS,

               Plaintiff,

    v.

WAYNE ULIT,

               Defendant.

Case No. 1:24-cv-00509-JLT-CDB (PC)

ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS

(Doc. 17)

**May 6, 2026 Deadline**

Clerk of the Court to Attach a Copy of the Findings and Recommendations (Docs. 10, 14)

### Relevant Background

Plaintiff Michael Thomas ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff initiated this action with the filing of a complaint on April 29, 2024. (Doc. 1). On February 11, 2025, the Court issued its first screening order, finding that Plaintiff failed to allege any cognizable claim against Defendant Wayne Ulit and granting leave to amend. *See* (Doc. 6). Plaintiff filed his first amended complaint on March 28, 2025. (Doc. 10). On January 14, 2026, the undersigned issued findings and recommendations to dismiss Plaintiff's first amended complaint with prejudice for failure to state a claim upon which relief can be granted. (Doc. 14). Thereafter, the Court granted Plaintiff's motion for an extension of time to file objections. (Docs. 15, 16).

Pending before the Court is Plaintiff's second motion for an extension of time to file objections to the findings and recommendations. (Doc. 17).

Plaintiff represents that he was transferred from state prison and reached his "final

destination" at FCI-Lompoc on March 2, 2026, and that during the ensuing transfer, he was forced to throw away his legal documents—including "legal documents which he'd received from this Court, copies of documents he'd submitted to this Court, as well as documents he was in the process of drafting in response to orders from this Court"—because the United States Marshals Service ("USMS") refused to transport said documents. (Doc. 17 at 1). Plaintiff asserts that good cause exists to extend his time to file objections as he requires additional time to familiarize himself with the federal prison system and to retrieve his legal documents in order to prosecute his case. *Id.* at 2-3.

Here, in light of the fact that Plaintiff indicates he has reached his final destination and needs time to retrieve his legal materials in order to prosecute his case, the undersigned finds good cause to grant Plaintiff an extension of 30 additional days' time to file objections to the pending findings and recommendations. Further, as a one-time courtesy, the Court will direct the Clerk of the Court to attach a copy of Plaintiff's first amended complaint (Doc. 10) and the findings and recommendations (Doc. 14) for Plaintiff's convenience as set forth below.

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (Doc. 17) to file objections to the findings and recommendations (Doc. 14) is GRANTED. Plaintiff SHALL FILE no later than **May 6, 2026,** his objections to the findings and recommendations; and

2. The Clerk of the Court is DIRECTED to attach to this order a copy of the first amended complaint (Doc. 10) and a copy of the findings and recommendations (Doc. 14).

IT IS SO ORDERED.

Dated:    **April 1, 2026**        _____
                                    UNITED STATES MAGISTRATE JUDGE

2