UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL THOMAS,

Plaintiff,

v.

WAYNE ULIT,

Defendant.

Case No. 1:24-cv-00509-JLT-CDB (PC)

ORDER GRANTING PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS

(Doc. 22)

**45-DAY DEADLINE**

**Relevant Background**

Plaintiff Michael Thomas ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff initiated this action with the filing of a complaint on April 29, 2024. (Doc. 1).

On February 11, 2025, the Court issued its first screening order, finding that Plaintiff failed to allege any cognizable claim against Defendant Wayne Ulit and granting leave to amend. *See* (Doc. 6). Plaintiff filed his first amended complaint on March 28, 2025. (Doc. 10). On January 14, 2026, the undersigned issued findings and recommendations to dismiss Plaintiff's first amended complaint with prejudice for failure to state a claim upon which relief can be granted. (Doc. 14). Thereafter, the Court granted Plaintiff's first, second, and third motions for extension of time to file objections. (Docs. 16, 19, 21).

Pending before the Court is Plaintiff's fourth motion for an extension of time to file objections to the findings and recommendations. (Doc. 22). Plaintiff's motion is dated July 9, 2026, and was filed on the docket on July 17, 2026. *Id.* at 3.

Plaintiff represents that he was "abruptly placed in segregation ('SHU')" on July 1, 2026,

where his not allowed any of his property or paperwork. On July 8, 2026, he was permitted to "purchase stationery and postage to write this court." *Id.* at 1-2, 4-5. Plaintiff states he received his legal materials following multiple transfers, but as they were searched, they were "completely mixed up and disorganized" and it "took Plaintiff over a week to re-organize said documents," when he discovered that many documents were missing, but that he "had enough to prosecute this case." He was then placed in the SHU; he expects to be released on July 30, 2026, and to receive his paperwork and property shortly thereafter. Plaintiff requests an extension of time to respond to August 31, 2026. *Id.* at 2-3, 5.

In light of Plaintiff's representations regarding his placement in segregation and a resulting inability to access his legal materials, the undersigned finds good cause to grant Plaintiff an extension of 45 additional days' time to file objections to the pending findings and recommendations.

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that Plaintiff's request for an extension of time (Doc. 22) to file objections to the findings and recommendations (Doc. 14) is GRANTED *nunc pro tunc*. Plaintiff SHALL FILE, no later than **September 4, 2026**, his objections to the findings and recommendations.

IT IS SO ORDERED.

Dated: **July 21, 2026**

UNITED STATES MAGISTRATE JUDGE